UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAMON BAEZ,<br><br>     Defendant | ) Criminal No.<br>)<br>) Violation:<br>)<br>) Count One: Felon in Possession of<br>) Ammunition<br>) (18 U.S.C. § 922(g)(1))<br>)<br>) Forfeiture Allegation:<br>) (18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)) |

INDICTMENT

COUNT ONE
Felon in Possession of Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On or about August 10, 2020, in Gardner, in the District of Massachusetts, the defendant,

RAMON BAEZ,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a

term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, that is,

16 rounds of 9 mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

1

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1.       Upon conviction of the offense in violation of Title 18, United States Code, Section 922, set forth in Count One, the defendant,

RAMON BAEZ,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense.   The property to be forfeited includes, but is not limited to, the following:

      a.   16 rounds of 9-mm ammunition; and

      b.   Un-serialized FC Arms firearm.

2.       If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

      a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third party;

      c.   has been placed beyond the jurisdiction of the Court;

      d.   has been substantially diminished in value; or

      e.   has been commingled with other property which cannot be divided without difficulty;

2

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c),

incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other

property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States

Code, Section 2461.


A TRUE BILL


_____
FOREPERSON


_____
LUCY SUN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: NOVEMBER _____, 2020
Returned into the District Court by the Grand Jurors and filed.


/s/ Dawn M. King 1:22pm
DEPUTY CLERK


3